August 29, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

HARDAM S. AZAD, INDIVIDUALLY AND D/B/A/ 5 MILLION SQUARE FEET COMPANIES, Appellant

NO. 14-12-00165-CV            V.

MRCO, INC. AND COMMERCIAL ROOF CONSULTANTS & CLAIMS MANAGEMENT, LLC, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, MRCO, INC. AND COMMERCIAL ROOF CONSULTANTS & CLAIMS MANAGEMENT, LLC, signed December 2, 2011, was heard on the transcript of the record. We have inspected the record and find the trial court erred. We therefore **REVERSE** the trial court's final judgment with respect to the award of damages as to MarinaGate, and we **RENDER** judgment that MRCO and Commercial Roof take nothing with respect to lost profits as to MarinaGate. We **REVERSE** the trial court's final judgment with respect to (1) the award of attorney's fees; and (2) the computation of prejudgment and postjudgment interest, and we **REMAND** for further proceedings consistent with this opinion. We **REFORM** the final judgment to state that the jury's answer to Question No. 6 is disregarded as immaterial. We **AFFIRM** the trial court's final judgment in all other respects.

We order that each party shall be responsible for their own costs incurred in this appeal. We further order this decision certified below for observance.